UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC MANLEY,<br><br>                             Plaintiff,<br><br>     -against-<br><br>HRA/DDS; KADEJA ALLEN,<br><br>                             Defendants. | 24-CV-1280 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. Plaintiff has submitted to this court a substantially similar complaint against the same defendants raising the same claims. That case, in which Plaintiff paid the filing fee, is presently pending in this court under docket number 24-CV-1635 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-1635 (LTS).

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative of the action pending under docket number 24-CV-1635 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to enter judgment in this matter.

Dated:   March 29, 2024
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge